692 A.2d 473

**Bobby Gene MOORE**

v.

**STATE of Maryland.**

**No. 16 Sept. Term, 1997.**

Court of Appeals of Maryland.

April 16, 1997.

Julia Doyle Bernhardt, Assistant Public Defender, (Stephen E. Harris, Public Defender, on brief), Baltimore, for Petitioner.

Annabelle L. Lisic, Assistant Attorney General (J. Joseph Curran, Jr., Attorney General, on brief), Baltimore, for Respondent.

Argued before BELL, C.J., and ELDRIDGE, RODOWSKY, CHASANOW, KARWACKI, RAKER and WILNER, JJ.

## ORDER

PER CURIAM.

The Court having considered and granted the petition for a writ of certiorari in the above-captioned case, it is this 16th day of April, 1997,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, vacated and the case is remanded to the Court of Special Appeals for reconsideration in light of *Gardner v. State*, 344 Md. 642, 689 A.2d 610 (1997). Costs in this Court and in the Court of Special Appeals to be paid by the respondent.